# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GRE KIMBERLY JONES,<br><br>    Plaintiff,<br><br>v.<br><br>NORDSTROM, INC.,<br><br>    Defendant. | Case No. 2:10-CV-00216-KJD-LRL<br><br>**ORDER** |

On October 6, 2010, the Court granted the parties' Stipulation (#20) to stay the litigation until March 1, 2011 in order to complete arbitration. Since that date, no action of record has been taken. Accordingly, the parties are ordered to file a Joint Status Report no later than May 25, 2011.

**IT IS SO ORDERED.**

DATED this 6th day of May 2011.

_____
Kent J. Dawson
United States District Judge